158 A.3d 74

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Calvin HENDERSON, Petitioner**

**No. 201 WAL 2016**

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW,** this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**